MAY 24, 1944

No. 49444.——Protest 48640–K of Ti Hang Lung & Co. Plaintiff's application for rehearing granted.

MAY 25, 1944

No. 49445.——Protests 6003–K, etc., of Argonaut Liquor Co. et al. Plaintiff's application for rehearing granted.

MAY 24, 1944

No. 49446.—Suit 4448.——*Eurasia Import Co., Inc.* v. *United States.* C. D. 750 reversed. C. A. D. 273.

MAY 25, 1944

No. 49447.—SUIT 4462.——*United States* v. *Meyer & Lange.* C. D. 802 affirmed. C. A. D. 277.

MAY 27, 1944

No. 49448.—SUIT 4437.——*Sucrest Corp.* v. *United States.* C. D. 728 affirmed. C. A. D. 275.

BEFORE THE FIRST DIVISION, MAY 31, 1944

No. 49449.—Protest 76470–K of Wo Kee & Co. (San Francisco).

Opinion by COLE, J. The ve-tsin was classified and claimed dutiable at the same rates and under the same paragraphs as similar merchandise covered by the decision in *Quong Yuen Shing* v. *United States* (31 C. C. P. A. 43, C. A. D. 247). In accordance with stipulation of counsel and on the authority of the said cited case the ve-tsin involved found to contain salt was excluded by the court from paragraph 5. The claim under paragraph 1558 was therefore sustained. The fish in question was found to consist of fish in lard with beans and was therefore held dutiable at 20 percent ad valorem under paragraph 1558 (19 U. S. C., 1940 ed. § 1001, par. 1558) as claimed. Abstract 42516 followed.